**James HOGUE, Petitioner,**

v.

**BLUE BELL CREAMERIES, L.P.
d/b/a Blue Bell Ice Cream,
Inc., Respondent.**

No. 96–0563.

Supreme Court of Texas.

Oct. 24, 1996.

Robert D. Bennett, Gilmer, for Petitioner.

R.W. (Ricky) Richards, Dwight L. Phifer, Jacksonville, John D. Sloan, Jr., John Graves, Longview, Paul William Kruse, Brenham, for Respondent.

PER CURIAM.

In denying this application for writ of error, the Court neither approves nor disapproves of the court of appeals' causation discussion. *See* 922 S.W.2d 566, 571. The application for writ of error is denied.